# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ursula D. Hill                                             Docket No. 5:12-MJ-1019-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ursula D. Hill, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C.§ 844(a), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on September 12, 2012, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit a weekly written report to the probation office of attempts to secure gainful employment, if not regularly employed.

4. The defendant shall surrender her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

5. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until her privilege to do so is restored in accordance with law.

6. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

7. The previous Probation Order Under 18 U.S.C. § 3607 filed on 4/10/2012 is hereby stricken by the Court.

Ursula D. Hill
Docket No. 5:12-MJ-1019-1
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently undergoing outpatient counseling at Integrated Behavioral Healthcare Services. The counselor has recommended that the defendant undergo a psychiatric evaluation in order to assess mental health symptoms the defendant is exhibiting. Additionally, there is a reported family history of paranoid schizophrenia and bi-polar disorder. Based upon this information, it is respectfully recommended that the defendant's conditions of probation be modified to include mental health treatment and cognitive behavioral therapy. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: November 1, 2012 |

**ORDER OF COURT**

Considered and ordered this 5 day of November, 2012, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge